JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBORAH ANDERSEN,<br><br>    Plaintiff,<br><br>v.<br><br>LIBERTY LIFE ASSURANCE COMPANY OF BOSTON, and WELLS FARGO & COMPANY DISABILITY PLAN.<br><br>    Defendants. | Case No. 2:14-CV-3382 RGK<br><br>[~~PROPOSED~~] ORDER DISMISSING ACTION WITH PREJUDICE |

**IT IS HEREBY ORDERED** that, pursuant to the parties' Stipulation for Dismissal of Action with Prejudice and Federal Rules of Civil Procedure 41(a)(1)(A)(ii), this action shall be, and hereby is, dismissed with prejudice in its entirety as to all claims and parties. Each party shall bear its own attorney's fees and costs.

   **IT IS SO ORDERED.**

Dated: February 17, 2015

*Gary Klausner* (signature)

U.S. District Court
Hon. R. Gary Klausner